**Order entered February 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01425-CV

### ALBERT MORRIS AND TILDA MORRIS, ET AL., Appellants

### V.

### UNIFIED HOUSING FOUNDATION INC., ET AL., Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15358**

## ORDER

We **GRANT** appellants' February 11, 2014 motion for additional time to pay the clerk's fee and **ORDER** appellants to file, no later than March 17, 2014, written verification that they have paid or made arrangements to pay for the clerk's record. Because appellants are not seeking to proceed on appeal without advance payment of costs and have paid both the appellate filing fee and the reporter's fee, we caution appellants that failure to file the requested verification may result in this appeal being dismissed without further notice. *See* TEX. R. APP. P. 37.3(b).

/s/    ELIZABETH LANG-MIERS
        JUSTICE